UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | No. 1:25-mc-00015-SAB |
| **KEENAN DWAYNE DAVIS,** | ORDER REGARDING USE OF ELECTRONIC FILING SYSTEM, DIRECTING RESPONSE BY OFFICE OF ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE |
| | (ECF No. 1) |

On February 12, 2025, the Court received a request from Keenan Dwayne Davis seeking relief from the e-filing procedures. (ECF No. 1.)

In the motion requesting relief from e-filing, Mr. Davis contends that cannot access the e-filing program at Kern Valley State Prison (KVSP) unless he is "assigned to the program by the institution" which will take more than a month or longer because he on a Level 4 180 prison yard. (ECF No. 1.)

As Mr. Davis is incarcerated at KVSP, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs incarcerated at Participating Penal Institutions, issued on March 1, 2016. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions to proceed in forma pauperis, motions to increase the

1

page limit, and motions for emergency relief shall be no more than fifteen (15) pages in total combined length. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

Based on Mr. Davis's filing, the Court will request the Supervising Deputy Attorney General in charge of the e-filing program, Lawrence Bragg, to address Mr. Davis's contention. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Keenan Dwayne Davis's motion (ECF No. 1) and a copy of this order on Supervising Deputy Attorney General, Lawrence Bragg, and Senior Assistant Attorney General, Monica Anderson;

2. Mr. Bragg shall file a response to Mr. Davis's request on or before **February 21, 2025**; and

3. No case as to the merits of Mr. Davis's claim will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's e-filing procedures.

IT IS SO ORDERED.

Dated:  **February 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2